

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2015

No. 04-15-00295-CR

Gary Lee **AVANT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR5555
Honorable Jefferson Moore, Judge Presiding

## O R D E R

Pursuant to this court's order, the trial court has appointed new counsel to represent appellant. We reinstate the appeal on the docket of this court. We **order** appellant's brief due **January 21, 2016**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2015.

_____
Keith E. Hottle
Clerk of Court